**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: C.J.C., A MINOR | : | No. 598 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: B.A.G., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: F.E.C., A MINOR | : | No. 599 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: B.A.G., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.C., A MINOR | : | No. 600 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: B.G., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.